UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MIKE LINDER,<br><br>　　　　　　　Defendant. | CV-23-096-BLG-SPW-TJC<br><br>NOTICE TO PRO SE LITIGANTS AND CONSENT TO ELECTRONIC SERVICE |

　　　　YOU ARE HEREBY NOTIFIED that documents filed in your case are stored electronically on the court's electronic filing system (CM/ECF). You are advised that, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure you can consent in writing to have filings in this case served on you electronically. Electronic service eliminates the delay associated with service by United States mail.

　　　　If you would like to receive service of documents from the court and other parties by electronic means, you must complete and return the enclosed consent form to the clerk of United States District Court, District of Montana. In order to view documents, Adobe Reader must be installed on your computer. Adobe Reader

is available free of charge at http://get.adobe.com/reader.  Please note that your consent to electronic service is not retroactive; you will not be granted electronic access to documents filed prior to the court's receipt of your completed consent form.  In the event you do not consent, all documents will continue to be served on you conventionally, via the United States mail.

Please be advised that in some instances, electronic access is not available for voluminous documents or other filings which may not be readily converted to electronic format.  This includes documents filed in social security cases in which special restrictions apply.

**Consent to electronic service will not give you the ability to file your documents electronically.  You must file all your documents conventionally.**

**Consent to electronic service is NOT allowed if you are a pro se litigant in a Social Security case.  Special restrictions apply to these cases.**

DATED this 23rd day of August, 2023.

TYLER P. GILMAN, CLERK
UNITED STATES DISTRICT COURT

**ACTION REQUIRED!**

/s/ T. Gesh
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>                    Plaintiff,<br>vs.<br><br>MIKE LINDER,<br><br>                    Defendant. | CV-23-096-BLG-SPW-TJC<br><br>CONSENT TO ELECTRONIC SERVICE<br><br>NON-SOCIAL SECURITY CASES ONLY |

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having future documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission. I further understand that I must continue to file all my documents conventionally.

If I wish to discontinue receiving documents by electronic means, I must notify the court in writing of my desire to receive documents conventionally.

_____  _____
DATE                             SIGNATURE

                                                            _____
                                                             PRINTED/TYPED NAME

                                                             _____
                                                             E-MAIL ADDRESS

                                                             _____
                                                             TELEPHONE NUMBER



INFORMATION REGARDING ELECTRONIC ACCESS TO DOCUMENTS

- Public viewing of documents maintained on Court's Case Management/ Electronic Case Filing (CM/ECF) system is done through PACER (public access to court electronic record). PACER is an electronic public access service that allows users to obtain case and docket information from federal appellate, district and bankruptcy courts, and the PACER Case Locator via the Internet.

- When a document is filed electronically in your case, the CM/ECF system automatically generates a Notice of Electronic Filing or NEF. The NEF will appear in your e-mail in-box from sender MT_CMECF and the subject line will be "Activity in Case" followed by the case number and case name, e.g., Activity in Case 4:08-cv-8000, Jones vs. James. **Do not delete these e-mails without reviewing them first.**

- It is recommended that Adobe PDF Reader be used for your default viewer. This application is free and may be downloaded from Adobe's webpage. The reader will allow you to view a pdf independently or through your e-mail provider. This includes viewing pdfs via your mobile device.

- If you receive an NEF e-mail, **single click** on the document number to download it. You are only allowed ONE free download of each document. Therefore, if you double click on the document number, PACER will not allow free access. If you want to keep a permanent record of these documents you should save the downloaded document onto your computer. If you do not save the document you will not be allowed to view it again for free.

- The NEF must be viewed within 15 days of delivery to avoid PACER fees.

- In order to view documents on PACER after your one free viewing, you must register for a PACER account and pay a fee. Instructions for registering for a PACER account can be found on www.pacer.gov.

- The clerk's office will not provide you with assistance if you experience technological difficulties. If you have difficulty receiving or viewing electronic notice of filings with your device, we recommend you visit your public library.

- Although most documents are filed and stored electronically, in some instances voluminous filings provided to the court in hard copy are not converted to electronic form because it is not practical to do so. In those instances, the voluminous documents are maintained in hard copy in the clerk's office. Such documents are available for inspection for free at the clerk's office, and copies may be ordered at $0.50 per page.

- Pro se filers in social security actions are not eligible to receive electronic service. Special restrictions apply to these cases.