**Melissa A. Williams**
**Deputy Yellowstone County Attorney**
**Yellowstone County Courthouse**
**P.O. Box 35025**
**Billings, Montana 59107-5025**
**(406) 256-2832**
**mwilliams@yellowstonecountymt.gov**

*Attorney for Mike Linder and Yellowstone County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| CHAD STONE, | ) | |
|    Plaintiff, | ) | Cause No. CV 23-96-BLG-SPW-TJC |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE LINDER, | ) | **NOTICE OF APPERANCE** |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

### Notice of Appearance

MELISSA A. WILLIAMS, a Deputy Yellowstone County Attorney, admitted to the practice of law in the State of Montana, the United States District Court for the District of Montana and the United States Ninth Circuit Court of Appeals, gives notice of appearance in *Chad Stone v. Mike Linder*, United States District Court for the District of Montana, CV 23-96-BLG-SPW-TJC, on behalf of

Michael Linder, the Yellowstone County Sheriff, and Yellowstone County, a political subdivision of the State of Montana.  MELISSA A. WILLIAMS's contact information is below:

Yellowstone County Attorney's Office
Attn: MELISSA A. WILLIAMS
P.O. Box 35025
Billings, Montana 59107-5025
(406) 256-2870
mwilliams@yellowstonecountymt.gov

Dated this the 13th day of May 2025.

/s/ Melissa A. Williams
Melissa A. Williams
Deputy Yellowstone County Attorney

**Certificate of Service**

I certify that on the date below I served a copy of the attached ____ on the following people by the following means:

<u> 1,</u>___CM/ECF
<u>_____</u>Hand Delivery
<u> 2   </u>Mail
<u>_____</u>Overnight Delivery Service
<u>_____</u>Fax
<u>_____</u>E-mail

1.  Clerk, U.S. District Court

2.  Chad Stone
    1106 West Park Suite 20-157
    Livingston, Montana 59047
    ogchadstone@gmail.com
    *Pro Se Plaintiff*

Dated this ____ day of _____, 2025.

<u>/s/ Melissa A. Williams</u>
Melissa A. Williams
Deputy Yellowstone County Attorney
