**Melissa A. Williams**
**Deputy Yellowstone County Attorney**
**Yellowstone County Courthouse**
**P.O. Box 35025**
**Billings, Montana 59107-5025**
**(406) 256-2832**
**mwilliams@yellowstonecountymt.gov**

*Attorney for Mike Linder and Yellowstone County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE, ) | |
|     Plaintiff, ) | Cause No. CV 23-96-BLG-SPW-TJC |
| ) | |
| vs. ) | |
| ) | |
| MIKE LINDER, ) | **MOTION FOR JUDGMENT ON** |
| ) |  **THE PLEADINGS** |
|     Defendants. ) | |
| _____) | |

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Michael Linder moves the Court for judgment on the pleadings on the complaint filed against him by Chad Stone. If the Court takes the factual allegations in the complaint as true, the complaint fails to allege a viable claim against Linder. Stone sued Linder in his official capacity. An official capacity claim against Linder is a claim against

the County, the entity that employs Linder. An individual capacity claim is not allowed with an Americans with Disabilities Act claim. A claim can only be made against the entity. The real party is the County, not Linder. The Court should grant Linder judgment on the pleadings and allow Stone to pursue his claim against the County.

Counsel for Linder sent a letter to Stone regarding the motion. Stone did not respond.

Dated this the 6th day of June 2025.

/s/ Melissa A. Williams
Melissa A. Williams
Deputy Yellowstone County Attorney

## Certificate of Service

I certify that on the date below I served a copy of the attached Motion for Judgment on the Pleadings on the following people by the following means:

```
 1,    CM/ECF
_____ Hand Delivery
 2    Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-mail
```

1. Clerk, U.S. District Court

2. Chad Stone
   1106 West Park Suite 20-157
   Livingston, Montana 59047
   ogchadstone@gmail.com
   *Pro Se Plaintiff*

Dated this 6th day of June 2025.

/s/ Melissa A. Williams
Melissa A. Williams
Deputy Yellowstone County Attorney