Melissa A. Williams
Deputy Yellowstone County Attorney
Yellowstone County Courthouse
P.O. Box 35025
Billings, Montana 59107-5025
(406) 256-2832
mwilliams@yellowstonecountymt.gov

*Attorney for Mike Linder and Yellowstone County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE, ) | |
| ) | Cause No. CV 23-96-SPW-BLG-TJC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| ) | **AND REQUEST TO VACATE** |
| MIKE LINDER, ) | **DEADLINES** |
| ) | |
| Defendants. ) | |

Mike Linder and Yellowstone County, file this notice to advise the Court that a settlement has been reached in this matter. Because a settlement has been reached, Linder and the County request the Court vacate all current deadlines related to the matter.

Dated this 23rd day of July 2025.

*/s/ Melissa A. Williams*
Melissa A. Williams
Deputy Yellowstone County Attorney

## Certificate of Service

I certify that on the date below I served a copy of the attached Notice of Settlement and Request to Vacate Deadlines on the following people by the following means:

```
 1   CM/ECF
_____Hand Delivery
 2   Mail
_____Overnight Delivery Service
_____Fax
_____E-mail
```

1. Clerk, U.S. District Court

2. Chad Stone
   1106 W. Park
   Suite 20-157
   Livingston, MT 59047
   *Pro Se*

Dated this 23rd day of July 2025.

/s/ Melissa A. Williams
Melissa A. Williams
Deputy Yellowstone County Attorney