IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>                    Plaintiff,<br><br>vs.<br><br>MIKE LINDER, Yellowstone County Sheriff,<br><br>                    Defendant. | CV 23-96-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case (Doc. 17), and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference set for July 31, 2025 at 11:00 a.m. and all associated deadlines are VACATED, and the pending Motion for Judgment on the Pleadings (Doc. 15) is DENIED as moot.

DATED this 23rd day of July, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge