**Melissa A. Williams**
**Deputy Yellowstone County Attorney**

**Yellowstone County Courthouse**
**P.O. Box 35025**
**Billings, Montana 59107-5025**
**(406) 256-2832**
**mwilliams@yellowstonecountymt.gov**

*Attorney for Mike Linder and Yellowstone County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| CHAD STONE, | ) | |
| Plaintiff, | ) | Cause No. CV 23-96-BLG-SPW-TJC |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE LINDER, | ) | **STIPULATION TO DISMISS** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of all claims and causes of action that were asserted or that could have been asserted by the Plaintiff herein. Said dismissal will be with prejudice, with each party responsible for their own costs and attorney's fees.

Dated this the 6th day of August 2025.

/s/ Melissa A. Williams
Melissa A. Williams
Deputy Yellowstone County Attorney

**Certificate of Service**

I certify that on the date below I served a copy of the attached Motion for Judgment on the Pleadings on the following people by the following means:

 1,    CM/ECF
_____Hand Delivery
 2     Mail
_____Overnight Delivery Service
_____Fax
_____E-mail

1.    Clerk, U.S. District Court

2.    Chad Stone
      1106 West Park Suite 20-157
      Livingston, Montana 59047
      ogchadstone@gmail.com
      *Pro Se Plaintiff*

Dated this 6th day of August 2025.

                              /s/ Melissa A. Williams
                              Melissa A. Williams
                              Deputy Yellowstone County Attorney