**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| CHAD STONE,<br>    Plaintiff,<br><br>vs.<br><br>MIKE LINDER,<br><br>    Defendants. | Cause No. CV 23-96-BLG-SPW-TJC<br><br><br><br>**ORDER TO DISMISS** |

Pursuant to the Stipulation submitted by counsel for plaintiff and defendants, IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice in its entirety. Each party shall be responsible for its own costs and attorneys fees.

Dated this the ___ day of August 2025.